## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ROESEVELT HAYES
aka Amir Saafir
ADC #69691                                                                                                    PLAINTIFF

V.                                    5:05CV00206 GH/JTR

DAVID WHITE, Warden,
Maximum Security Unit,
Arkansas Department of Correction, et al.                                            DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor of Defendants on all claims set forth in this action. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 9$^h$ day of November, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE